2:23-cv-158-TBM-RPM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

F I L E D
Oct 18 2023
ARTHUR JOHNSTON, CLERK

Date: 4-11-2023

Case #

Justin Riché — Forrest County Jail Versus Forrest County Jail.

On grounds of civil Action or Dismissal of case:

I Justin Riché, am writing the circuit courts of Hattiesburg MS, in regards of an incident that happened. In Forrest County Jail on and/or about Sep/5/10/20th, 2022. I was in ISO 10 when a state inmate entered into my cell. Where I was alone; a DOC Forrest County Inmate, That was a State Inmate (Trustee wearing green and white) Entered into my Isolation cell; & proceeded to do bodly harm to me. By my due process and my rights where violated and I was jumped by this DOC Inmate (Trustee) That was a State Inmate and did do harm to me. The Forrest County Jailer who Name is badge# J-22 let the lone occupant A.K.A. (Juicey) enter my cell and so allowed me to be harmed. By Laws in the State of M.S. this should have been and/or should be grounds for a civil and/or Federal suit. With dismissal of pending case.

Sincerely Submitted: