2:23-cv-158-KS-MTP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED

Oct 18 2023

ARTHUR JOHNSTON, CLERK

in Response to Document #10 sent on 6-8-2023
recieved it on 6-6-2023       Case # 2:23-cv-0057

I greatly appreciate you doing every thing you can to help me with all of this and theire has been a lott of problems that this facialty is causing me I am going to do every thing i can do to get this form from document #10 filled out bye june 16th-2023 I have sent 3 grieveing forms out 2 on the kiosk and one on paper with the forms from document 10 i just hope they can meet the time line for me to mail it in on time so i am wrighting this letter to cover my end n also have not been reciving my legal mail on time its days or a week later that i recive it so please understand its not me its the c-o of this facility that are not wanting to do theire part.

Sincerley
Submitted

[signature]